IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Theresa J. Adamczyk, | : | Case No: 20-22782-CMB |
|       Debtor | : | Chapter 7 |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | Hearing Date and Time: |
| Theresa J. Adamczyk | : | JULY 13, 2021 at 1:30 p.m. |
|       Movant | : | |
| | : | Objection Date: |
| vs. | : | JUNE 29, 2021 |
| | : | |
| Theresa J. Adamczyk | : | |
|       Respondent | : | |
| | : | |
| | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF TRUSTEE FOR DEBTOR TO REEDEM EQUITY IN NON-EXEMPT ASSETS**

**TO THE RESPONDENTS:**

*You are hereby notified that the above Movant seeks an Order affecting your rights or property.*

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **June 29, 2021**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the Court's website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this to your lawyer at once.*

A Zoom Video Conference Hearing will be held on **July 13, 2021 at 1:30 p.m.** before Judge Carlota M. Böhm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Böhm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Böhm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of mailing or other service: June 9, 2021

/s/ Lisa M. Swope, Trustee
Lisa M. Swope, Esquire
219 South Center Street
Ebensburg, PA 15931
(814) 472-7151
lms@nsslawfirm.com
PA I.D. # 77003
Attorney for Trustee

**\* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania.  Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**