IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Theresa J. Adamczyk, | : | Case No: 20-22782-CMB |
|       Debtor | : | Chapter 7 |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Theresa J. Adamczyk, | : | |
|       Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Theresa J. Adamczyk, | : | |
|       Respondent | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE OF THE TRUSTEE'S MOTION TO APPROVE SETTLEMENT OF NON-EXEMPT ASSETS AND NOTICE OF HEARING

I, the undersigned, certify under penalty of perjury that I served the Trustee's Motion to Employ Counsel to the Estate and Notice of Hearing on the parties named below as follows:

**By Electronic Notification on June 9, 2021:**
Thompson, Brian C., Esquire
on behalf of Debtors
bthompson@thompsonattorney.com

**By first class United States mail on June 9, 2021:**
Theresa J. Adamczyk
1221 Brinkerton Road
Greensburg, PA 15601

Larry E. Wahlquist, Esquire
United States Trustee's Office
One Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

and on the parties in interest listed on the attached copy (Exhibit A) of the Clerk's Mailing Matrix.

Dated: June 9, 2021      /s/ Lisa M. Swope, Trustee
                                         Lisa M. Swope, Trustee
                                         219 South Center Street
                                         Ebensburg, PA 15931
                                         (814) 472-7151
                                         PA I.D. # 77003
                                         lms@nsslawfirm.com