IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Theresa J. Adamczyk, | : | Case No: 20-22782-CMB |
|       Debtor | : | Chapter 7 |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Theresa J. Adamczyk | : | |
|       Movant | : | |
| | : | re doc. 21 |
| vs. | : | |
| | : | |
| Theresa J. Adamczyk | : | |
|       Respondent | : | |

### ORDER EMPLOYING COUNSEL TO THE ESTATE

**AND NOW**, this 8th day of June, 2021, upon consideration of the **MOTION OF TRUSTEE TO RETAIN COUNSEL**, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The above-referenced Motion is hereby approved as of the date the Motion was filed.

2. **LISA M. SWOPE, ESQUIRE, AND THE FIRM OF NEUGEBAUER & SWOPE, P.C.**, are hereby appointed as counsel to the estate in this bankruptcy proceeding for the reasons set forth in the Motion.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this

case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

    4. Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

BY THE COURT:

_____dmk
**CARLOTA M. BÖHM**
UNITED STATES BANKRUPTCY JUDGE

FILED
6/8/21 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                         Case No. 20-22782-CMB
Theresa J. Adamczyk                                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: dsaw                                          Page 1 of 2
Date Rcvd: Jun 08, 2021                               Form ID: pdf900                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

**Recip ID          Recipient Name and Address**
db              +  Theresa J. Adamczyk, 1221 Brinkerton Road, Greensburg, PA 15601-5831

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021                         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

**Name**                           **Email Address**
Brian Nicholas
                                   on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Brian C. Thompson
                                   on behalf of Debtor Theresa J. Adamczyk bthompson@ThompsonAttorney.com
                                   blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Lisa M. Swope
                                   on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com
                                   PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope
                                   lms@nsslawfirm.com   PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
                                   ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2      User: dsaw      Page 2 of 2  
Date Rcvd: Jun 08, 2021      Form ID: pdf900      Total Noticed: 1  
TOTAL: 5