IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Theresa J. Adamczyk, | : | Case No: 20-22782-CMB |
|       Debtor | : | Chapter 7 |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Theresa J. Adamczyk | : | |
|       Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Theresa J. Adamczyk | : | |
|       Respondent | : | |
| | : | |
| | : | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION FOR DEBTOR TO REDEEM EQUITY IN NON-EXEMPT ASSETS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion for Debtor to Redeem Equity in Non-Exempt Assets filed on June 9, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion for Debtor to Redeem Equity in Non-Exempt Assets appears thereon. Pursuant to the Trustee's Motion for Debtor to Redeem Equity in Non-Exempt Assets, the same were to be filed and served no later than June 29, 2021.

It is hereby respectfully requested that the Orders attached to the Trustee's Motion for Debtor to Redeem Equity in Non-Exempt Assets, the Application for Trustee's Compensation and Expenses and the Application of Trustee's Counsel for Allowance of Final Compensation

and Expenses be entered by this Court.

                                      Respectfully submitted,

Dated: June 30, 2021                /s/ Lisa M. Swope, Trustee
                                      Lisa M. Swope, Esquire
                                      219 South Center Street
                                      Ebensburg, PA 15931
                                      (814) 472-7151
                                      lms@nsslawfirm.com
                                      PA I.D. # 77003
                                      Attorney for Trustee