IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
   Theresa J. Adamczyk,                            :    Case No: 20-22782-CMB
      Debtor                                      :
                                                    :    Chapter 7
   Lisa M. Swope, Esquire, Trustee                 :
   of the Bankruptcy Estate of                     :
   Theresa J. Adamczyk,                            :    re doc. 23
      Movant                                      :
                                                    :
   vs.                                             :
                                                    :
   Theresa J. Adamczyk,                            :
      Respondent                                  :
                                                    :
                                                    :

**ENTERED BY DEFAULT**

**ORDER OF COURT TO TRUSTEE'S MOTION FOR DEBTOR TO REDEEM EQUITY IN NON-EXEMPT ASSETS**

AND NOW, to wit, this __30th__ day of __June__, 2021, having considered Trustee's Motion to Redeem Equity in Non-exempt Assets, and all responses filed thereto, and having held hearing thereon as required by law, IT IS HEREBY ORDERED, ADJUDGED, DETERMINED, FOUND AND DECREED THAT the Trustee is authorized to accept the payment of $4,500.00 from Debtor.

FILED
6/30/21 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
**CARLOTA M. BÖHM**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                         Case No. 20-22782-CMB

Theresa J. Adamczyk                                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: dsaw                                                    Page 1 of 2
Date Rcvd: Jun 30, 2021            Form ID: pdf900                                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

**Recip ID        Recipient Name and Address**
db            +  Theresa J. Adamczyk, 1221 Brinkerton Road, Greensburg, PA 15601-5831

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021                              Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:**

**Name**              **Email Address**
Brian Nicholas
                     on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Brian C. Thompson
                     on behalf of Debtor Theresa J. Adamczyk bthompson@ThompsonAttorney.com
                     blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Lisa M. Swope
                     on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com
                     PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope
                     on behalf of Attorney Lisa M Swope lms@nsslawfirm.com  klw@nsslawfirm.com

Lisa M. Swope
                     lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

District/off: 0315-2　　　　　　　　　　　User: dsaw　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jun 30, 2021　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 1

Office of the United States Trustee
　　　　　　　　　　ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6