**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>**Theresa J. Adamczyk,**<br><br>    Debtor | Case No. 20-22782-CMB<br><br>Chapter 7 |
| **Lisa M. Swope, Trustee of the Bankruptcy Estate of Theresa J. Adamczyk,**<br><br>    Movant<br><br>    v.<br><br>**No Respondents** | Doc. No. _____<br>Related to Doc. Nos. 33, 36, 37 & 38<br><br>Hearing Date & Time:<br>**April 6, 2022 at 10:00 a.m.** |

CERTIFICATE OF NO OBJECTION REGARDING THE TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Final Report filed on October 4, 2021 and Notice of Trustee's Final Report and Applications for Compensation filed on February 25, 2022, have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Final Report and Applications for Compensation appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Final Report and Applications for Compensation were to be filed and served no later than March 21, 2022.

      It is hereby respectfully requested that the Orders attached to the Applications be entered by this Court.

EXECUTED ON: March 22, 2022                        NEUGEBAUER & SWOPE, P.C.

                                                    By:    /s/ Lisa M. Swope,
                                                                 Lisa M. Swope, Esquire
                                                                   PA ID # 77003
                                                                   219 South Center Street
                                                                   P.O. Box 270
                                                                   Ebensburg, PA 15931
                                                                   Tel: 814.472.7151
                                                                   Email: lms@nsslawfirm.com
                                                                   *Trustee and Attorney for Trustee*