UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Theresa J. Adamczyk : Case No: 20-22782-CMB
        Debtor : Chapter 7

Lisa M. Swope, Esquire, Trustee
of the Bankruptcy Estate of
Theresa J. Adamczyk : Doc. No.
        Movant : Related to Doc. No. 33

vs. : Hearing Date & Time:

No Respondents :

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 23rd day of March, 2021, after notice and review by the Court, it hereby is **ORDERED, ADJUDGED** and **DECREED** that the **Trustee's Final Report and Account and Proposed Order of Distribution BE AND ARE APPROVED. TRUSTEE SWOPE IS ORDERED** to make distribution pursuant to same.

_____
CARLOTA M. BÖHM    dmk
UNITED STATES BANKRUPTCY COURT

**CASE ADMINISTRATOR TO SERVE:**
    Lisa M. Swope, Esq.

FILED
3/23/22 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No. 20-22782
Case Name: THERESA J. ADAMCZYK
Trustee Name: Lisa M. Swope

**Balance on hand:** $ 4,462.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Capital One Auto Finance, a division of Capital On | 3,931.25 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,462.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lisa M. Swope | 1,125.00 | 0.00 | 1,125.00 |
| Trustee, Expenses - Lisa M. Swope | 20.16 | 0.00 | 20.16 |
| Attorney for Trustee Fees - LISA M. SWOPE | 690.00 | 0.00 | 690.00 |

Total to be paid for chapter 7 administrative expenses: $ 1,835.16
Remaining balance: $ 2,627.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,627.64

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,627.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,220.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | JPMorgan Chase Bank, N.A. | 3,221.34 | 0.00 | 754.41 |
| 3 | Portfolio Recovery Associates, LLC | 850.60 | 0.00 | 199.20 |
| 4 | PNC Bank, N.A. | 1,311.18 | 0.00 | 307.06 |
| 5 | Portfolio Recovery Associates, LLC | 5,837.03 | 0.00 | 1,366.97 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,627.64 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:  $            0.00
Remaining balance:  $            0.00

Date: Aug 26, 2021            Signed: _____

**UST Form 101-7-TFR(5/1/2011)**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-22782-CMB

Theresa J. Adamczyk  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Mar 23, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa J. Adamczyk, 1221 Brinkerton Road, Greensburg, PA 15601-5831 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Brian C. Thompson
    on behalf of Debtor Theresa J. Adamczyk bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com

Lisa M. Swope
    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope
    on behalf of Attorney Lisa M Swope lms@nsslawfirm.com  klw@nsslawfirm.com

Lisa M. Swope
    lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Attorney Lisa M Swope lms@nsslawfirm.com
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7