IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Theresa J. Adamczyk<br>　　　　Debtor<br><br>Lisa M. Swope, Esquire, Trustee<br>of the Bankruptcy Estate of<br>Theresa J. Adamczyk<br>　　　　Movant<br><br>vs.<br><br>No Respondents | Case No: 20-22782-CMB<br>Chapter 7<br><br><br>Doc. No.<br>Related to Doc. No.  36<br><br><br><br>Hearing Date and Time:<br>April 06, 2022 at 10:00 a.m. |

**ENTERED BY DEFAULT**

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this __23rd__ day of __March__, 2022, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,125.00 is reasonable compensation for the services in this case by LISA M. SWOPE, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $20.16 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

BY THE COURT:

Dated: __3/23/2022__

FILED
3/23/22 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CARLOTA M. BÖHM, Chief Judge  **dmk**
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22782-CMB |
| Theresa J. Adamczyk | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

**Recip ID        Recipient Name and Address**
db            + Theresa J. Adamczyk, 1221 Brinkerton Road, Greensburg, PA 15601-5831

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Theresa J. Adamczyk bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com |
| Lisa M. Swope | on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope | on behalf of Attorney Lisa M Swope lms@nsslawfirm.com klw@nsslawfirm.com |
| Lisa M. Swope | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 1

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Attorney Lisa M Swope lms@nsslawfirm.com
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7