IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Theresa J. Adamczyk | : Case No: 20-22782-CMB |
| Debtor | : Chapter 7 |
| | : |
| Lisa M. Swope, Esquire, Trustee | : |
| of the Bankruptcy Estate of | : Doc. No. |
| Theresa J. Adamczyk | : Related to Doc. No. 37 |
| Movant | : |
| | : Hearing Date & Time: |
| vs. | : April 06, 2022 at 10:00 a.m. |
| | : |
| No Respondents | : **ENTERED BY DEFAULT** |

## ORDER APPROVING FINAL
## COMPENSATION AND EXPENSES FOR TRUSTEE'S ATTORNEY

AND NOW, this ___23rd___ day of _____March_____, 2022, upon consideration of the *Application for Allowance of Final Compensation and Expenses* filed by Lisa M. Swope, Esquire, the attorney for the Chapter 7 Trustee in the above-captioned bankruptcy case, it appearing that the Applicant's employment has been approved by this Court, that the Applicant has no interest adverse to the interest of the Estate, and that the Applicant has rendered valuable services to the Estate,

IT IS HEREBY ORDERED that the Application for Allowance of Final Compensation and Expenses of Lisa M. Swope, Esquire, Attorney for the Chapter 7 Trustee, is approved in the amount of $690.00 as compensation and $0.00 as expenses.

FILED
3/23/22 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm* dmk
CARLOTA M. BÖHM, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22782-CMB |
| Theresa J. Adamczyk | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Theresa J. Adamczyk, 1221 Brinkerton Road, Greensburg, PA 15601-5831 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Theresa J. Adamczyk bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com |
| Lisa M. Swope | on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope | on behalf of Attorney Lisa M Swope lms@nsslawfirm.com klw@nsslawfirm.com |
| Lisa M. Swope | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Attorney Lisa M Swope lms@nsslawfirm.com
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7