**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

In re:
ADAMCZYK, THERESA J. § Case No. 20-22782
Debtor(s) § Chapter 7
===================== §
Lisa M. Swope, Trustee §
Movant §
 §
v. §
 §
No Respondents §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lisa M. Swope, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,070.00 | Assets Exempt: | $32,375.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,627.64 | Claims Discharged Without Payment: | $13,113.78 |
| Total Expenses of Administration: | $1,872.36 | | |

3) Total gross receipts of $4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $100,524.19 | $3,931.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,872.36 | $1,872.36 | $1,872.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $15,602.05 | $11,220.15 | $11,220.15 | $2,627.64 |
| **TOTAL DISBURSEMENTS** | $116,126.24 | $17,023.76 | $13,092.51 | $4,500.00 |

4) This case was originally filed under chapter 7 on 09/25/2020.  The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/20/2022         By: /s/ Lisa M. Swope
                                                            Trustee , Bar No.: 77003

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1221 Brinkerton Road, Greensburg, PA 15601-0000, Westmoreland County | 1110-000 | $1,197.00 |
| 2016 Honda Accord, 33000 miles | 1129-000 | $2,979.00 |
| Checking: PNC Bank | 1129-000 | $324.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance, a division of Capital On | 4110-000 | $4,575.19 | $3,931.25 | $0.00 | $0.00 |
| N/F | Roundpoint Mortgage Svcg Corp | 4110-000 | $95,949.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$100,524.19** | **$3,931.25** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lisa M. Swope | 2100-000 | NA | $1,125.00 | $1,125.00 | $1,125.00 |
| Trustee, Expenses - Lisa M. Swope | 2200-000 | NA | $20.16 | $20.16 | $20.16 |
| Attorney for Trustee Fees - LISA M. SWOPE | 3110-000 | NA | $690.00 | $690.00 | $690.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $37.20 | $37.20 | $37.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,872.36 | $1,872.36 | $1,872.36 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | JPMorgan Chase Bank, N.A. | 7100-000 | $3,221.00 | $3,221.34 | $3,221.34 | $754.41 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | $889.00 | $850.60 | $850.60 | $199.20 |
| 4 | PNC Bank, N.A. | 7100-000 | $1,311.00 | $1,311.18 | $1,311.18 | $307.06 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | $5,659.78 | $5,837.03 | $5,837.03 | $1,366.97 |
| N/F | Mariner Finance, LLC | 7100-000 | $4,521.27 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$15,602.05** | **$11,220.15** | **$11,220.15** | **$2,627.64** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 20-22782  
Case Name: ADAMCZYK, THERESA J.  
For Period Ending: 05/20/2022

Trustee Name: (580800) Lisa M. Swope  
Date Filed (f) or Converted (c): 09/25/2020 (f)  
§ 341(a) Meeting Date: 10/30/2020  
Claims Bar Date: 01/12/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1221 Brinkerton Road, Greensburg, PA 15601-0000, Westmoreland County | 123,000.00 | 1,901.00 | | 1,197.00 | FA |
| 2 | 2016 Honda Accord, 33000 miles | 13,300.00 | 4,724.81 | | 2,979.00 | FA |
| 3 | Various household furnishings including living room, dining room and bedroom; assorted kitchen tools and appliances; no single item exceeds $600 Location: 1221 Brinkerton Road, Greensburg PA 15601 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Television, cell phone Location: 1221 Brinkerton Road, Greensburg PA 15601 | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Personal clothing Location: 1221 Brinkerton Road, Greensburg PA 15601 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Assorted DVDs and CDs Location: 1221 Brinkerton Road, Greensburg PA 15601 | 150.00 | 150.00 | | 0.00 | FA |
| 7 | Assorted costume jewerly Location: 1221 Brinkerton Road, Greensburg PA 15601 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: PNC Bank | 1,819.00 | 514.00 | | 324.00 | FA |
| 10 | Pension: Westmoreland County Employee Retirement Fund | 0.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$140,189.00** | **$7,289.81** | | **$4,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/20 entered into a settlement with counsel for non- exempt assets, will file settlement motion once payments are received; 3/31/21 awaiting second payment of non-exempt assets; 6/30/21 motion to redeem equity granted

**Initial Projected Date Of Final Report (TFR):** 10/29/2021  
**Current Projected Date Of Final Report (TFR):** 08/26/2021 (Actual)

05/20/2022  
Date

/s/Lisa M. Swope  
Lisa M. Swope

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 20-22782 | Trustee Name: | Lisa M. Swope (580800) |
|---|---|---|---|
| Case Name: | ADAMCZYK, THERESA J. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8817 | Account #: | ******1898 Checking |
| For Period Ending: | 05/20/2022 | Blanket Bond (per case limit): | $8,856,594.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/21 | | Thompson Law Group | equity in non-exempt assets | | 2,000.00 | | 2,000.00 |
| | {9} | | Redemption of unexempt equity. $144.00 | 1129-000 | | | |
| | {2} | | redemption of equity $1,324.00 | 1129-000 | | | |
| | {1} | | redemption of equity $532.00 | 1149-000 | | | |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,995.00 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,990.00 |
| 04/12/21 | | Thompson Law Group | payment on non-exempt assets | | 2,500.00 | | 4,490.00 |
| | {1} | | redemption of equity $665.00 | 1110-000 | | | |
| | {2} | | redemption of equity $1,655.00 | 1129-000 | | | |
| | {9} | | redemption of equity $180.00 | 1129-000 | | | |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.45 | 4,484.55 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.70 | 4,477.85 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.89 | 4,469.96 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.16 | 4,462.80 |
| 04/18/22 | 101 | LISA M. SWOPE | Distribution payment - Dividend paid at 100.00% of $690.00; Claim # ATTY; Filed: $690.00 | 3110-000 | | 690.00 | 3,772.80 |
| 04/18/22 | 102 | Lisa M. Swope | Distribution payment - Dividend paid at 100.00% of $1,125.00; Claim # FEE; Filed: $1,125.00 | 2100-000 | | 1,125.00 | 2,647.80 |
| 04/18/22 | 103 | Lisa M. Swope | Distribution payment - Dividend paid at 100.00% of $20.16; Claim # TE; Filed: $20.16 | 2200-000 | | 20.16 | 2,627.64 |
| 04/18/22 | 104 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 23.42% of $3,221.34; Claim # 2; Filed: $3,221.34 | 7100-000 | | 754.41 | 1,873.23 |
| 04/18/22 | 105 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 23.42% of $850.60; Claim # 3; Filed: $850.60 | 7100-000 | | 199.20 | 1,674.03 |
| 04/18/22 | 106 | PNC Bank, N.A. | Distribution payment - Dividend paid at 23.42% of $1,311.18; Claim # 4; Filed: $1,311.18 | 7100-000 | | 307.06 | 1,366.97 |
| 04/18/22 | 107 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 23.42% of $5,837.03; Claim # 5; Filed: $5,837.03 | 7100-000 | | 1,366.97 | 0.00 |

Page Subtotals:    $4,500.00    $4,500.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**  Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 20-22782 | Trustee Name: | Lisa M. Swope (580800) |
|---|---|---|---|
| Case Name: | ADAMCZYK, THERESA J. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8817 | Account #: | ******1898 Checking |
| For Period Ending: | 05/20/2022 | Blanket Bond (per case limit): | $8,856,594.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 4,500.00 | 4,500.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 4,500.00 | 4,500.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $4,500.00 | $4,500.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-22782 | **Trustee Name:** | Lisa M. Swope (580800) |
| **Case Name:** | ADAMCZYK, THERESA J. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8817 | **Account #:** | ******1898 Checking |
| **For Period Ending:** | 05/20/2022 | **Blanket Bond (per case limit):** | $8,856,594.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $4,500.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $4,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1898 Checking | $4,500.00 | $4,500.00 | $0.00 |
| | **$4,500.00** | **$4,500.00** | **$0.00** |

05/20/2022
Date

/s/Lisa M. Swope
Lisa M. Swope

UST Form 101-7-TDR (10 /1/2010)